# EXHIBIT A

**Richmond Hospitality LLC**
**Chapter 11**
**Case No. 22-40507 (JMM)**

| Date | Details | Description | Credit | Notes |
|---|---|---|---|---|
| | | **INITIAL LOAN ADVANCES** | | |
| 1/27/2017 | Incoming Wire | Shaughnessy Capital LLC | $ 247,650.00 | Lender Funding |
| 3/17/2017 | Incoming Wire | Shaughnessy Capital LLC | $ 193,900.00 | Lender Funding |
| 4/7/2017 | Incoming Wire | Shaughnessy Capital LLC | $ 135,940.00 | Lender Funding |
| 4/27/2017 | Incoming Wire | Shaughnessy Capital LLC | $ 163,835.00 | Lender Funding |
| 5/24/2017 | Incoming Wire | Shaughnessy Capital LLC | $ 476,741.25 | Lender Funding |
| 6/7/2017 | Incoming Wire | Shaughnessy Capital LLC | $ 155,155.00 | Lender Funding |
| 6/22/2017 | Incoming Wire | Shaughnessy Capital LLC | $ 228,237.50 | Lender Funding |
| 7/12/2017 | Incoming Wire | Shaughnessy Capital LLC | $ 470,812.50 | Lender Funding |
| 7/25/2017 | Incoming Wire | Shaughnessy Capital LLC | $ 299,537.50 | Lender Funding |
| 8/9/2017 | Incoming Wire | Shaughnessy Capital LLC | $ 480,965.00 | Lender Funding |
| 8/23/2017 | Incoming Wire | Shaughnessy Capital LLC | $ 283,456.25 | Lender Funding |
| 9/7/2017 | Incoming Wire | Shaughnessy Capital LLC | $ 212,350.00 | Lender Funding |
| 9/20/2017 | Incoming Wire | Shaughnessy Capital LLC | $ 155,799.03 | Lender Funding |
| 10/3/2017 | Incoming Wire | Shaughnessy Capital LLC | $ 293,376.25 | Lender Funding |
| 10/18/2017 | Incoming Wire | Shaughnessy Capital LLC | $ 132,525.00 | Lender Funding |
| | | | **$ 3,930,280.28** | |