# EXHIBIT B

**Richmond Hospitality LLC**
**Chapter 11**
**Case No. 22-40507 (JMM)**

| Date | Details | Description | Debit | Notes |
|---|---|---|---|---|
| 5/26/2017 | Outgoing Wire | Bastian Rose | $ 8,502.51 | Interest payment via Signature Bank 026013576 |
| 6/23/2017 | Outgoing Wire | Bastian Rose | $ 12,739.39 | Interest payment via Signature Bank 026013576 |
| 7/25/2017 | Outgoing Wire | Bastian Rose | $ 18,032.96 | Interest payment via Signature Bank 026013576 |
| 8/30/2017 | Outgoing Wire | Bastian Rose | $ 25,069.47 | Interest payment via Signature Bank 026013576 |
| 9/27/2017 | Outgoing Wire | Bastian Rose | $ 28,748.14 | Interest payment via Signature Bank 026013576 |
| 10/31/2017 | Outgoing Wire | Bastian Rose | $ 33,698.15 | Interest payment via Signature Bank 026013576 |
| 11/30/2017 | Outgoing Wire | Bastian Rose | $ 33,355.50 | Interest payment via Signature Bank 026013576 |
| 12/28/2017 | Outgoing Wire | Bastian Rose | $ 34,980.53 | Interest payment via Signature Bank 026013576 |
| 1/31/2018 | Outgoing Wire | Bastian Rose | $ 35,351.16 | Interest payment via Signature Bank 026013576 |
| 2/28/2018 | Outgoing Wire | Bastian Rose | $ 31,930.08 | Interest payment via Signature Bank 026013576 |
| 4/2/2018 | Outgoing Wire | Bastian Rose | $ 35,636.16 | Interest payment via Signature Bank 026013576 |
| 5/2/2018 | Outgoing Wire | Bastian Rose | $ 35,636.16 | Interest payment via Signature Bank 026013576 |
| 6/1/2018 | Outgoing Wire | Bastian Rose | $ 36,234.66 | Interest payment via Signature Bank 026013576 |
| 7/2/2018 | Outgoing Wire | Bastian Rose | $ 35,550.47 | Interest payment via Signature Bank 026013576 |
| 8/1/2018 | Outgoing Wire | Bastian Rose | $ 37,118.47 | Interest payment via Signature Bank 026013576 |
| 9/4/2018 | Outgoing Wire | Bastian Rose | $ 37,118.47 | Interest payment via Signature Bank 026013576 |
| 10/1/2018 | Outgoing Wire | Bastian Rose | $ 36,035.14 | Interest payment via Signature Bank 026013576 |
| 11/1/2018 | Outgoing Wire | Bastian Rose | $ 38,002.28 | Interest payment via Signature Bank 026013576 |
| | | | **$553,739.70** | |