# EXHIBIT C

## Schedule of Member's Mortgages

### Shaughnessy

| Owners | Address | Mortgage | |
|---|---|---|---|
| Patel, Sanjay & Hansa | 188 Shepherd Lane<br>Roslyn Heights, NY 11577 | $400,000 | Index No. 611909/2019 |
| Patel, Hitesh | 45 Park East<br>New Hyde Park, NY 11040 | $300,000 | Index No. 611906/2019 |
| Patel, Harshadbhai & Niketaben | 29 Queens Lane<br>New Hyde Park, NY | $500,000 | Index No. 611903/2019 |
| Faraone, Sebastiano & Rita | 222 Degraw Street<br>Brooklyn, NY 11231 | $1,500,000 | Index No. 519114/2019 |
| Faraone, Sebastiano & R | 257 Columbia Street<br>Brooklyn, NY 11231 | $1,250,000 | Index No. 519114/2019 |
| Intravia, Bendetto | 111 Wolcott Street<br>Brooklyn, NY 11231 | $1,000,000 | Index No. 519074/2019 |
| Intravia, Benedetto & KBA Realty LLC | 140 Crescent Avenue<br>Staten Island, NY 10301 | $375,000 | Index No. 135459/2019 |
| Intravia, Benedetto & KBA Realty LLC | 4243 Richmond Avenue<br>Staten Island, NY 10312 | $1,000,000 | Index No. 135459/2019 |
| | **TOTAL** | **$6,325,000** | |