# EXHIBIT F

| Date | Details | Description | Debit | Notes |
|---|---|---|---|---|
| 1/8/2019 | Outgoing Wire | Bastian Rose | $ 53,265.92 | Interest payment via Signature Bank 026013576 |
| 3/4/2019 | Outgoing Wire | Bastian Rose | $ 60,697.84 | Interest payment via Signature Bank 026013576 |
| 4/4/2019 | Outgoing Wire | Bastian Rose | $ 67,201.18 | Interest payment via Signature Bank 026013576 |
| 5/6/2019 | Outgoing Wire | Bastian Rose | $ 65,033.40 | Interest payment via Signature Bank 026013576 |
| 7/5/2019 | Outgoing Wire | Bastian Rose | $ 65,034.00 | Interest payment via Signature Bank 026013576 |
| 8/6/2019 | Outgoing Wire | Bastian Rose | $ 67,202.00 | Interest payment via Signature Bank 026013576 |
| 9/5/2019 | Outgoing Wire | Bastian Rose | $ 66,023.00 | Interest payment via Signature Bank 026013576 |
| 10/7/2019 | Outgoing Wire | Bastian Rose | $ 63,437.00 | Interest payment via Signature Bank 026013576 |
| 11/5/2019 | Outgoing Wire | Bastian Rose | $ 71,187.00 | Interest payment via Signature Bank 026013576 |
| 12/5/2019 | Outgoing Wire | Bastian Rose | $ 62,751.60 | Interest payment via Signature Bank 026013576 |
| 1/6/2020 | Outgoing Wire | Bastian Rose | $ 64,843.32 | Interest payment via Signature Bank 026013576 |
| 2/5/2020 | Outgoing Wire | Bastian Rose | $ 64,843.32 | Interest payment via Signature Bank 026013576 |
| 3/5/2020 | Outgoing Wire | Bastian Rose | $ 60,659.88 | Interest payment via Signature Bank 026013576 |
|  |  |  |  |  |
|  |  |  | **$ 832,179.46** |  |