# EXHIBIT G

**Richmond Hospitality LLC - Total Payments to Bastian Rose**

| Date | Details | Description | Debit | Notes |
|---|---|---|---|---|
| 5/26/2017 | Outgoing Wire | Bastian Rose | $ 8,502.51 | Interest payment via Signature Bank 026013576 |
| 6/23/2017 | Outgoing Wire | Bastian Rose | $ 12,739.39 | Interest payment via Signature Bank 026013576 |
| 7/25/2017 | Outgoing Wire | Bastian Rose | $ 18,032.96 | Interest payment via Signature Bank 026013576 |
| 8/30/2017 | Outgoing Wire | Bastian Rose | $ 25,069.47 | Interest payment via Signature Bank 026013576 |
| 9/27/2017 | Outgoing Wire | Bastian Rose | $ 28,748.14 | Interest payment via Signature Bank 026013576 |
| 10/31/2017 | Outgoing Wire | Bastian Rose | $ 33,698.15 | Interest payment via Signature Bank 026013576 |
| 11/30/2017 | Outgoing Wire | Bastian Rose | $ 33,355.50 | Interest payment via Signature Bank 026013576 |
| 12/28/2017 | Outgoing Wire | Bastian Rose | $ 34,980.53 | Interest payment via Signature Bank 026013576 |
| 1/31/2018 | Outgoing Wire | Bastian Rose | $ 35,351.16 | Interest payment via Signature Bank 026013576 |
| 2/28/2018 | Outgoing Wire | Bastian Rose | $ 31,930.08 | Interest payment via Signature Bank 026013576 |
| 4/2/2018 | Outgoing Wire | Bastian Rose | $ 35,636.16 | Interest payment via Signature Bank 026013576 |
| 5/2/2018 | Outgoing Wire | Bastian Rose | $ 35,636.16 | Interest payment via Signature Bank 026013576 |
| 6/1/2018 | Outgoing Wire | Bastian Rose | $ 36,234.66 | Interest payment via Signature Bank 026013576 |
| 7/2/2018 | Outgoing Wire | Bastian Rose | $ 35,550.47 | Interest payment via Signature Bank 026013576 |
| 8/1/2018 | Outgoing Wire | Bastian Rose | $ 37,118.47 | Interest payment via Signature Bank 026013576 |
| 9/4/2018 | Outgoing Wire | Bastian Rose | $ 37,118.47 | Interest payment via Signature Bank 026013576 |
| 10/1/2018 | Outgoing Wire | Bastian Rose | $ 36,035.14 | Interest payment via Signature Bank 026013576 |
| 11/1/2018 | Outgoing Wire | Bastian Rose | $ 38,002.28 | Interest payment via Signature Bank 026013576 |
| 1/8/2019 | Outgoing Wire | Bastian Rose | $ 53,265.92 | Interest payment via Signature Bank 026013576 |
| 3/4/2019 | Outgoing Wire | Bastian Rose | $ 60,697.84 | Interest payment via Signature Bank 026013576 |
| 4/4/2019 | Outgoing Wire | Bastian Rose | $ 67,201.18 | Interest payment via Signature Bank 026013576 |
| 5/6/2019 | Outgoing Wire | Bastian Rose | $ 65,033.40 | Interest payment via Signature Bank 026013576 |
| 7/5/2019 | Outgoing Wire | Bastian Rose | $ 65,034.00 | Interest payment via Signature Bank 026013576 |
| 8/6/2019 | Outgoing Wire | Bastian Rose | $ 67,202.00 | Interest payment via Signature Bank 026013576 |
| 9/5/2019 | Outgoing Wire | Bastian Rose | $ 66,023.00 | Interest payment via Signature Bank 026013576 |
| 10/7/2019 | Outgoing Wire | Bastian Rose | $ 63,437.00 | Interest payment via Signature Bank 026013576 |
| 11/5/2019 | Outgoing Wire | Bastian Rose | $ 71,187.00 | Interest payment via Signature Bank 026013576 |
| 12/5/2019 | Outgoing Wire | Bastian Rose | $ 62,751.60 | Interest payment via Signature Bank 026013576 |
| 1/6/2020 | Outgoing Wire | Bastian Rose | $ 64,843.32 | Interest payment via Signature Bank 026013576 |
| 2/5/2020 | Outgoing Wire | Bastian Rose | $ 64,843.32 | Interest payment via Signature Bank 026013576 |
| 3/5/2020 | Outgoing Wire | Bastian Rose | $ 60,659.88 | Interest payment via Signature Bank 026013576 |
|  |  |  | **$1,385,919.16** |  |