# EXHIBIT I

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF RICHMOND
----------------------------------------x
PRECISION BUILDERS GROUP LTD.,                Index No. 151049/2019

               Plaintiff,            STIPULATION OF
                                              DISCONTINUANCE WITH
    -against-                                PREJUDICE

RICHMOND HOSPITALITY LLC,
100-110 SOUTH BRIDGE LLC and
SHAUGHNESSY CAPITAL LLC,

               Defendants.
----------------------------------------x

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the respective parties hereto, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-entitled action is hereby voluntarily discontinued with prejudice and without costs to any party.

It is further stipulated and agreed that facsimile or electronic signatures appearing hereon are to be treated as original signatures, and this stipulation may be executed in counterparts. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: January 14, 2020
      28,

| HOWARD BLUM, P.C. | ABRAMS, FENSTERMAN, FENSTERMAN, EISMAN, FORMATO, FERRARA, WOLF AND CARONE, LLP |
|---|---|
| By: _____ <br> Howard Blum  1/28/20 <br> 767 Third Avenue, 24th Floor <br> New York, New York 10017 <br> (212) 557-3000 | By: _____ <br> Matthew F. Didora <br> 3 Dakota Drive, Suite 300 <br> Lake Success, New York 11042 <br> (516) 328-2300 <br> mdidora@abramslaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants, Richmond Hospitality LLC and 100-110 South Bridge LLC* |

Scanned with CamScanner